UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Shedonna Johnson,<br><br>         Plaintiff,<br><br>    vs.<br><br>Cross Check, Inc.; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.: 2:13-cv-00274-PLA<br><br>**ORDER** |

   Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: March 8, 2013

_____

Judge: Hon. Paul L. Abrams